■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESERENE WARREN, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County (Nastasi, J.), rendered October 20, 1983, convicting her of robbery in the first degree, upon her plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.